The Court will notify you and the other parties of the date and time for the hearing. A hearing will be set as soon as possible.

I request a hearing for the following reason(s):

__X__  1. The non-exempt earnings statement is incorrectly filled out.

_____  2. I do not owe the money to the Government as it says I do.

_____  3. Other: _____

__X__  4. I request that this proceeding be transferred to _Nassau County, NY_ because _My residence is in New York, I no longer reside in CT_

_____  5. I claim the following exemption(s):

Date: _July 1, 2021_

_____
Signature

_Michael Ico John_
Type or print full name

_112 Altamont Ave_
Home address

_Sea Cliff, NY 11579_
City, State, Zip Code

_917 279 6684_
Home phone number

_917 279-6684_
Work phone number

Mail your original Request to:

    United States District Court
    Office of the Clerk
    US District Court, US Court House
    New Haven, CT 06510

Send a copy of your request to:

    Christine Sciarrino
    Assistant United States Attorney
    United States Attorney's Office
    Connecticut Financial Center
    157 Church Street, 25th Floor
    New Haven, Connecticut 06510
    (203) 821-3700

## CERTIFICATION

I, Michael I. Sohn, Defendant hereby certify that I mailed the Request for Hearing on Writ of Garnishment to the Clerk, United States District Court, 141 Church Street, New Haven, CT 06510, and mailed copies to Assistant United States Attorney Christine Sciarrino, United States Attorney's Office, Connecticut Financial Center, 157 Church Street, 25th Floor, New Haven, Connecticut 06510 and to New Rochelle Hyundai, 125 East Main Street, New Rochelle, NY 10801 on this 1 day of July, 2021.

                                                Michael I. Sohn